# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Nos.  1D18-3465
1D18-3469
1D18-3471
1D18-3473
1D18-3475
1D18-3477
1D18-3478
1D18-3479
1D18-3481
1D18-3482
1D18-3483

_____

JOHN MARSHALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Robert E. Long, Jr., Judge.

August 8, 2019

PER CURIAM.

Appellant, John Marshall, appeals the trial court's failure to render a written order finding him competent to proceed after

pronouncing Appellant competent to proceed at the conclusion of his competency hearing.[1]   The State properly concedes error.

We therefore reverse and remand for the trial court to render a written order adjudicating Appellant competent to proceed, nunc pro tunc, consistent with its oral findings.  *See Merriell v. State*, 169 So. 3d 1287, 1289 (Fla. 1st DCA 2015).

REVERSED and REMANDED.

ORFINGER, EDWARDS, and EISNAUGLE, Associate Judges, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kevin Alvarez, of Law Office of Kevin Alvarez P.A., Tallahassee, for Appellant

Ashley Moody, Attorney General, Tallahassee, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.

---

[1] Appellant does not argue that the trial court failed to make an independent competency determination.